

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES LAWRENCE | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL NO. 3:01-CV-0809-H |
| UNITED AIRLINES INC. | § | |
| | § | |
| Defendant. | § | |

PLAINTIFF'S
NOTICE OF AVAILABILITY FOR MEDIATION

COMES NOW the Plaintiff, by and through counsel and advises this Court and opposing party that on March 14, 2002, the Plaintiff was deposed by the Defendant. At that time and thereafter counsel for Plaintiff has offered Thursday and Friday during the month of May as being available for this Plaintiff to participate in mediation. Further, Plaintiff has offered a particular low cost mediation option. As of this filing the Defendant has not participated in scheduling a mediation.

Based upon the above and in view of the Scheduling Order in effect in this matter, the Plaintiff issues this Notice to all concerned.

Respectfully submitted
By: Plaintiff through Counsel:

_____
VERA VERHOEVEN
TX Bar # 24026576
P.O. Box 8492
Fort Worth, Texas 76124-0492
(817) 654-3100
(817) 654-0373-fax
[call first non dedicated line]

36

Defendant through Counsel:

_____
MARK J. OBERTI
TX Bar # 00789951
700 Louisiana, Suite 3850
Houston, Texas  77002
(713) 225-2300
(713) 225-2340-fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 23nd day of May, 2002, a copy of the foregoing PLAINTIFF'S NOTICE OF AVAILABILITY FOR MEDIATION was sent to Mark J. Oberti, Counsel for Defendant, to 700 Louisiana Street, Houston, Texas 77002, by U.S. mail, and by e mail as an attachment to a document to moberti@seyfarth.com, and by fax to (713) 225-2340.

_____
VERA VERHOEVEN